**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **X.AI LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:26-CV-00089-O** |
| | § | |
| **RUSSELL EDWARD BLOODWORTH** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is Plaintiff's Notice of Name Change and Motion to Amend Caption. ECF No. 5. Having considered the Motion the Court finds that it is well taken and **GRANTS** the Motion. The Clerk of Court is **DIRECTED** to amend the caption in this case by replacing X.AI LLC with SpaceXAI LLC.

**SO ORDERED** on this **1st day** of **October, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE